UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 11-6892 DSF (FMOx) | Date | 12/15/11 |
|---|---|---|---|
| Title | Zoia Krioukova v. American Wholesale Lender, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Taking Motion To Dismiss Off Calendar

        The Court, on its own motion, takes the above-referenced proceedings off the hearing calendar for Monday, December 19, 2011 at 1:30 p.m. and takes the motion **under submission.**   A written order will follow.

        IT IS SO ORDERED.